James J. Joseph [State Bar No. 053840]
kvalbuena@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Chapter 7 Trustee

FILED
NOV 04 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re

PARTNERS BISTRO, INC.

Debtor.

) Case No. 8:08-bk-10393-RK
) Chapter 7
)
)
) **REPORT OF TRUSTEE UNDER RULE**
) **3011**
)
)

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1080 in the sum of $61.50 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: November ___, 2010

_____
James J. Joseph
Chapter 7 Trustee

-1-

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

| NAME & ADDRESS OF CLAIMANT | AMOUNT OF DIVIDEND |
|---|---|
| MARCO GOMEZ MARTINEZ<br>23623 Los Grandes<br>Aliso Viejo, CA  92651 | $17.46<br><br>$44.04 |
| JILBERTO MARTINEZ<br>23623 Los Grandes<br>Aliso Viejo, CA  92651 | |
| TOTALS: | $61.50 |

CASE NUMBER:   8:08-bk-10393-RK
CASE NAME:     PARTNERS BISTRO, INC.

\* Total also includes employee taxes withheld.

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

CHECK NUMBER
**1080**

| DATE | AMOUNT |
|---|---|
| 10/21/10 | **********61.50 |

DEBTOR
PARTNERS BISTRO, INC.

*Sixty One Dollars And 50/100*

TURNOVER OF FUNDS
PER RULE 3011

James J. Joseph, Trustee
2029 Century Park East
Third Floor
Los Angeles, CA 90067-2904

CASE NUMBER
8:08-10393    RK    PARTNERS BISTRO, INC.

**PAY TO THE ORDER OF**

UNITED STATES BANKRUPTCY COURT
411 W. FOURTH STREET, SUITE 9041
SANTA ANA, CA 92701-8000

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑆

⑈00 1080⑈ ⑆111000012⑆ 44291925 24⑈